**Affirmed and Memorandum Opinion filed August 22, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00211-CR

**MICHAEL PAUL JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1731020**

## MEMORANDUM OPINION

After pleading guilty to the third-degree felony offense of assault against a family member by impeding breath, the trial court in 2022 placed appellant Michael Paul Jackson on 4-years deferred-adjudication community supervision. *See* Tex. Penal Code § 22.01(b)(2)(B). In 2022 and 2023, the State filed multiple motions to adjudicate for violations of community supervision. After a bench trial, the trial court found at least one of the violations of the terms of community

supervision true and adjudicated appellant's guilt and assess punishment at imprisonment for eight years.

Appellant's appointed counsel filed a brief in which counsel concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). Appellant did not file a response.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Wise and Hassan.
Do Not Publish — Tex. R. App. P. 47.2(b).